```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

        MAR 07 2007        LK

            AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
                            DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,<br><br>Defendant. | NO. C 07-0348 JLR<br><br>CERTIFICATE OF SERVICE<br><br><br><br>07-CV-00348-CERT |

The undersigned hereby certifies that on March 7, 2007, copies of the following document:

    1. CIVIL COVER SHEET
    2. NOTICE OF REMOVAL;
    3. NOTICE OF REMOVAL TO PLAINTIFF; and
    4. this CERTIFICATE OF SERVICE

were served at the following addresses via the methods indicated:

Michael T. Pfau
Michelle A. Menely

CERTIFICATE OF SERVICE - 1
No.

ORIGINAL

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
Co-Counsel for Plaintiff Rob Rinde
( ) Mail        ( XX ) Hand Delivery        ( ) Via e-mail
( ) Fax         ( ) Federal Express

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
One Union Square
600 University Street, Suite 2101
Seattle, WA 98101
Co-Counsel for Plaintiff Rob Rinde
( ) Mail        ( XX ) Hand Delivery        ( ) Via e-mail
( ) Fax         ( ) Federal Express

DATED this 7th day of March, 2007.

GORDON MURRAY TILDEN LLP

By _____
Michael Rosenberger, WSBA #17730
Attorneys for CORPORATION OF THE
PRESIDENT OF THE CHURCH OF JESUS
CHRIST OF LATTER-DAY SAINTS

CERTIFICATE OF SERVICE - 2
No.

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292