UNITED STATES DISTRICT COURT
WESTERN DISTRICT AT SEATTLE FOR KING COUNTY

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole. <br><br> Defendant. | NO. C07-0348 JLR <br><br> JURY DEMAND |

COMES NOW Plaintiff Rob Rinde f/k/a/ Robert Leroy Pitsor, Jr., and requests that the above-entitled action be tried before a jury consisting of twelve (12) persons, or the maximum number permissible in the Western District of Washington.

Dated this 13 day of March, 2007.

_____
Michael T. Pfau, State Bar Number 24649
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP
600 University Street, Suite 2100
Seattle, WA 98101
Telephone: (206) 676-7533; Fax: (206) 676-7575
E-mail: mpfau@gth-law.com
Attorneys for Plaintiffs

JURY DEMAND- 1 of 2

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I, Johnnie Dano, hereby certify under penalty of perjury under the laws of the State of Washington that on March 13, 2007, I electronically filed the foregoing JURY DEMAND with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. I further certify that, if applicable, I have served any attorneys of record who are non-CM/ECF participants via facsimile.

DATED this 13th day of March 2007 at Seattle, Washington.

s/ Johnnie Dano
Paralegal
GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP
600 University Street, #2100
Seattle, WA 98101
Telephone: (206) 676-7512
Fax: (206) 676-7575
E-mail: jdano@gth-law.com

JURY DEMAND- 2 of 2

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565