The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,

Plaintiff,

v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,

Defendant.

NO. C07-0348 JLR

CR 101 VERIFICATION OF STATE COURT RECORDS

Pursuant to CR 101(b), undersigned counsel hereby verifies that the attached documents are true and complete copies of all records and proceedings in the state court action. These documents consist of the following:

| No. | Document Title | Page No. |
|---|---|---|
| 1. | Summons and Complaint | 7 – 19 |
| 2. | Set Case Schedule | 20 – 24 |
| 3. | Case Information Cover Sheet | 25 – 26 |

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

| | | |
|---|---|---|
| 4. | Jury Demand | 27 – 28 |
| 5. | Notice of Appearance | 29 – 30 |
| 6. | Notice of Filing Petition to Remove to U.S. District Court | 31 – 48 |
| 7. | Affidavit/Certificate of Service | 49 – 50 |
| 8. | Notice Remand from U.S. District Court | 51 – 58 |
| 9. | Transcript/Remand from U.S. District Court | 59 – 238 |
| 10. | Letter Re: Reinstatement | 239 |
| 11. | Subpoena Duces Tecum | 240 – 244 |
| 12. | Affidavit/Certificate of Service | 245 |
| 13. | Objection to Subpoena | 246 – 248 |
| 14. | Objection to Subpoena | 249 – 251 |
| 15. | Objection to Subpoena | 252 – 254 |
| 16. | Affidavit/Certificate of Service | 255 |
| 17. | Affidavit/Certificate of Service | 256 |
| 18. | Affidavit/Certificate of Service | 257 |
| 19. | Objection to Subpoena Duces Tecum | 258 – 260 |
| 20. | Affidavit/Certificate of Service | 261 |
| 21. | Affidavit/Certificate of Service | 262 |
| 22. | Affidavit/Certificate of Service | 263 |
| 23. | Affidavit/Certificate of Service | 264 |
| 24. | Affidavit/Certificate of Service | 265 |
| 25. | Affidavit/Certificate of Service | 266 |

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

| | | |
|---|---|---|
| 26. | Affidavit/Certificate of Service | 267 |
| 27. | Notice of Deposition | 268 – 270 |
| 28. | Subpoena Duces Tecum | 271 – 275 |
| 29. | Subpoena Duces Tecum | 276 – 280 |
| 30. | Order to Show Cause | 281 – 283 |
| 31. | Confirm Joinder: Issues to be raised | 284 – 286 |
| 32. | Affidavit/Certificate of Service | 287 |
| 33. | Amended Summons | 288 – 289 |
| 34. | Status Conference Hearing | 290 |
| 35. | Order of Continuance/Show Cause | 291 – 292 |
| 36. | Confirm Joinder: Pleading to be filed | 293 – 295 |
| 37. | Hearing Stricken: In Court other | 296 |
| 38. | Order of Continuance/Show Cause | 297 – 298 |
| 39. | Motion to Dismiss / Def | 299 – 315 |
| 40. | Notice of Hearing / Motion to Dismiss | 316 – 317 |
| 41. | Declaration of Paul D. Rytting | 318 – 320 |
| 42. | Declaration of Michael Rosenberger | 321 – 375 |
| 43. | Affidavit/Certificate of Service | 376 – 377 |
| 44. | Opposition to Motion to Dismiss | 378 – 389 |
| 45. | Declaration of Michelle A. Menely | 390 – 493 |
| 46. | Affidavit/Certificate of Service | 494 – 495 |
| 47. | Declaration of Paul D. Rytting | 496 – 498 |

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

| | | |
|---|---|---|
| 48. | Reply regarding Motion to Dismiss | 499 – 508 |
| 49. | Affidavit/Certificate of Service | 509 – 510 |
| 50. | Praecipe | 511 – 512 |
| 51. | Summary Judgment Hearing | 513 |
| 52. | Affidavit/Certificate of Service | 514 |
| 53. | Order Granting Summary Judgment for Def Dismissing Mormon Church | 515 – 517 |
| 54. | Affidavit/Certificate of Service | 518 |
| 55. | Notice of Hearing / Amend Amended Complaint | 519 – 520 |
| 56. | Motion to Amend Complaint | 521 – 528 |
| 57. | Declaration of Michelle A. Menely | 529 – 596 |
| 58. | Affidavit/Certificate of Service | 597 |
| 59. | Opposition to Motion to Amend Complaint | 598 – 610 |
| 60. | Affidavit/Certificate of Service | 611 – 612 |
| 61. | Declaration of Michael Rosenberger | 613 – 678 |
| 62. | Hearing Stricken: In Court Nonappear | 679 |
| 63. | Order of Continuance/Show Cause | 680 – 681 |
| 64. | Reply To Amend Complaint/ Pla | 682 – 687 |
| 65. | Order Denying Mtn To Amend Cmplnt | 688 – 689 |
| 66. | Affidavit/dclr/cert Of Service | 690 – 691 |
| 67. | Notice to Clerk of Superior Court of Filing Notice of Removal | 692 – 706 |

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 15 day of March, 2007.

**GORDON MURRAY TILDEN LLP**

By [signature]
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
E-mail: mpfau@gth-law.com
E-mail: mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
One Union Square
600 University Street, Suite 2101
Seattle, WA 98101
E-mail: timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

Michael Rosenberger, WSBA #17730
Gordon Murray Tilden LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
E-mail: mrosenberger@gmtlaw.com

NOTICE OF FILING - 6
No. C07-0348 JLR

GORDON MURRAY TILDEN LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292