1         This objection has been filed pursuant to Civil Rule 45(d)(1) and any notices of

2    hearing or motions regarding this subpoena duces tecum are to be sent directly to counsel

3    designated below at the following address:

4                  Office of the Attorney General
              900 Fourth Avenue Suite 2000

5                  Seattle, WA  98164
              (206) 464-7045

6         All scheduling of hearings with proper notice are to be coordinated through the

7    undersigned Assistant Attorney General for the Department of Social and Health Services at

8    the above-stated address and telephone number.

9         On the basis of the foregoing, the Department of Social and Health Services objects

10   to the improper subpoena duces tecum issued by attorneys for The Corporation of the

11   President of the Church of Jesus Christ of Latter-Day Saints.

12        DATED this _28th_ day of August, 2006.

13

14                                   Presented by:

15                                   ROB MCKENNA
                                Attorney General

16

17                               By

18                               HILERY M. KIRCHMEIER
                            Assistant Attorney General

19                               WSBA #30729

20

21

22

23

24

25

26   OBJECTION TO SUBPOENA DUCES TECUM       3
Rev. 04/01 pp

Dockets.Justia.com

FILED

1

2006 AUG 29 PM 2:36

2

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

3

4

5

6

SUPERIOR COURT OF THE STATE OF WASHINGTON

7

FOR KING COUNTY

8

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., | Cause No.   06-2-09825-1 SEA |
| Plaintiff, | OBJECTION TO SUBPOENA DUCES TECUM |
| v. | |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMAN CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association, | |
| Defendant. | |

9

10

11

12

13

14

15

16

17

COMES NOW the Department of Social and Health Services, by and through its

18

attorneys, Rob McKenna, Attorney General and Hilery M. Kirchmeier, Assistant Attorney

19

General, and objects pursuant to the provisions of CR 45(d)(1) to the subpoena duces tecum

20

dated August 21, 2006 directed to Records Custodian, Child Protective Services, King East

21

Office, Washington State Department of Social and Health Services, 805 -156th Ave NE,

22

Bellevue, WA 98007, and issued by Charles C. Gordon and Jeffrey I. Tilden attorneys for

23

The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, for the

24

25

26

OBJECTION TO SUBPOENA DUCES TECUM          1
Rev. 04/01 pp

ATTORNEY GENERAL OF WASHINGTON
900 Fourth Avenue, Suite 2000
Seattle, WA 98164
(206) 464-7744

ORIGINAL

1   inspection and production of child protective services records relating to Robert Paul Rinde

2   aka Robert Larry Leroy Pitsor and Paul Lewis.

3       This objection to the subpoena duces tecum is based on the following grounds:

4       1.      Pursuant to the Child Abuse Prevention and Treatment Act and specifically

5   42 USC § 5106a(b) states are required to provide methods to preserve the confidentiality of

6   all records in order to protect the rights of the child and the child's parents.

7       2.      Pursuant to 45 CFR § 1340.20 states are required to "hold all information

8   related to personal facts or circumstances about individuals" involved in child abuse

9   programs or projects as confidential. Further, 45 CFR § 1340.14(i)(I) states the

10  unauthorized disclosure of child protective services records is a criminal offense.

11      3.      Under Title 74 "Public Assistance," RCW 74.04.060 provides for the

12  confidentiality of DSHS records in general including CPS records and public assistance

13  records. RCW 74.04.060 requires the confidentiality of DSHS records and states that "for

14  the protection of applicants and recipients, the department ... (is) prohibited except as

15  hereinafter provided from disclosing the contents of any records ... except for purposes

16  directly connected with the administration of the programs of this title". RCW 74.04.060

17  further states that in any judicial proceeding, except those directly concerned with the

18  administration of these programs, such records .... and their contents, shall be deemed

19  privileged communications". In this case the records are being sought in a civil proceeding

20  which is not directly connected with any program under Title 74.

21      4.      Mr. Rinde and Mr. Pitsor are considered by the Department to be applicants

22  and recipients of services provided pursuant to Title 74 and thus under RCW 74.04.060

23  these CPS records are privileged.

24      5.      DSHS records are confidential and privileged under RCW 13.50 and can

25  only be released as provided by that statute. RCW 13.50.100.

26  OBJECTION TO SUBPOENA DUCES TECUM          2        ATTORNEY GENERAL OF WASHINGTON
    Rev. 04/01 pp                                              900 Fourth Avenue, Suite 2000
                                                                    Seattle, WA 98164
                                                                      (206) 464-7744

1        This objection has been filed pursuant to Civil Rule 45(d)(1) and any notices of

2 hearing or motions regarding this subpoena duces tecum are to be sent directly to counsel

3 designated below at the following address:

4                          Office of the Attorney General
                         900 Fourth Avenue Suite 2000

5                          Seattle, WA 98164
                         (206) 464-7045

6

7        All scheduling of hearings with proper notice are to be coordinated through the

undersigned Assistant Attorney General for the Department of Social and Health Services at

8 the above-stated address and telephone number.

9        On the basis of the foregoing, the Department of Social and Health Services objects

10 to the improper subpoena duces tecum issued by attorneys for The Corporation of the

11 President of the Church of Jesus Christ of Latter-Day Saints.

12        DATED this 28th day of August, 2006.

13

14                                  Presented by:

15                                  ROB MCKENNA
                                 Attorney General

16

17                                By

18                                HILERY M. KIRCHMEIER
                               Assistant Attorney General

19                                WSBA #30729

20

21

22

23

24

25

26 OBJECTION TO SUBPOENA DUCES TECUM      3
Rev. 04/01 pp

                                      ATTORNEY GENERAL OF WASHINGTON
                                      900 Fourth Avenue, Suite 2000
                                        Seattle, WA 98164
                                        (206) 464-7744

1

2

3

4

FILED

2006 AUG 29 PM 12: 07

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

5

6

7

8

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

9

ROB RINDE F/K/A ROBERT LARRY LEROY
PITSOR, JR
            Plaintiff/Petitioner

Cause #:   06-2-09825-1
                    SEA

10

Declaration of Service of:

11

VS.
THE CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY
SAINTS, A UTAH CORPORATION SOLE,
AKA "THE MORMON CHURCH" THE CHURCH
OF JESUS CHRIST OF LATTER-DAY SAINTS,
AN UNINCORPORATED ASSOCIATION,
            Defendant/Respondent

SUBPOENA DUCES TECUM; LETTER; WITNESS FEE
CHECK; DECLARATION OF CUSTODIAN OF RECORDS;

12

13

Hearing Date:   Sep 14 2006

14

15

Declaration:

16

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

17

18

On the date and time of Aug 23 2006  2:35PM at the address of 805 156TH AVE NE  BELLEVUE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR KING EAST DCFS OFFICE, STATE OF WASHINGTON DEPT OF SOCIAL AND HEALTH SERVICES  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MARY MENARD, OFFICE ASSISTANT.

19

20

21

No information was provided that indicates that the subjects served are members of the U.S. military.

22

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

23

Dated: August 28, 2006 at Seattle, WA

24

25

by _C. Brown_   _9509005_

Service Fee Total: $    69.20

26

27

28

ABC Legal Services, Inc.
206 521-9000
Tracking #: 1763701

**ORIGINAL**
**PROOF OF SERVICE**

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477

Exhibit ___ Page 255       Page 1 of 1

FILED

2006 AUG 29 PM 12: 07

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR<br>　　　　　　　　　Plaintiff/Petitioner | Cause #:   06-2-09825-1<br>　　　　　　　　SEA |
| | |
| vs.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNINCORPORATED ASSOCIATION,<br>　　　　　　　　　Defendant/Respondent | Declaration of Service of:<br>SUBPOENA DUCES TECUM; LETTER; WITNESS FEE CHECK; DECLARATION OF CUSTODIAN OF RECORDS;<br><br><br>Hearing Date:  Sep 14 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2006  2:00PM  at the address of 130 E SUNSET WY  SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR ISSAQUAH POLICE DEPARTMENT  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with RANA HOOVER, RECORDS CLERK .

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 28, 2006 at Seattle, WA

by _____
　　　　　C. Brown    9509005

Service Fee Total: $    77.60

ABC Legal Services, Inc.
206 521-9000
Tracking #: 1763704

Exhibit ___ Page 256    Page 1 of 1

ORIGINAL
PROOF OF SERVICE

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477

1

FILED

2

2006 AUG 29 PM 12: 07

3

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

4

5

6

7

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

8

| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR | Cause #:   06-2-09825-1 |
|---|---|
| Plaintiff/Petitioner | SEA |
| | |
| vs. | Declaration of Service of: |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNINCORPORATED ASSOCIATION, | SUBPOENA DUCES TECUM; LETTER; WITNESS FEE CHECK; DECLARATION OF CUSTODIAN OF RECORDS; |
| Defendant/Respondent | Hearing Date:   Sep 14 2006 |

14

15  Declaration:

16  The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

18  On the date and time of Aug 23 2006  2:35PM  at the address of 805 156TH AVE NE  BELLEVUE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR CHILD PROTECTIVE SERVICES, KING EAST DCFS OFFICE, WASH STATE DEPT OF SOCIAL AND HEALTH SERVICES  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MARY MENARD, OFFICE ASSISTANT.

21  No information was provided that indicates that the subjects served are members of the U.S. military.

22  I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

23  Dated: August 28, 2006 at Seattle, WA

24

25  by _____          Service Fee Total: $     19.00

        C. Brown      9509005

26

27

28

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384924

ORIGINAL
PROOF OF SERVICE

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA   98154
206 467-6477

Exhibit    Page 257    Page 1 of 1

FILED

1

2006 AUG 29 PM 2: 36

2

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

3

4

5

6

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

7

8

| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., | Cause No.   06-2-09825-1 SEA |
|---|---|
| Plaintiff, | OBJECTION TO SUBPOENA DUCES TECUM |
| v. | |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMAN CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association, | |
| Defendant. | |

17

COMES NOW the Department of Social and Health Services, by and through its

18

attorneys, Rob McKenna, Attorney General and Hilery M. Kirchmeier, Assistant Attorney

19

General, and objects pursuant to the provisions of CR 45(d)(1) to the subpoena duces tecum

20

dated August 21, 2006 directed to Records Custodian, King West DCFS Office, State of

21

Washington Department of Social and Health Services, 100 West Harrison Street, Seattle,

22

WA 98119-4116, and issued by Charles C. Gordon and Jeffrey I. Tilden attorneys for The

23

Corporation of the President of the Church of Jesus Christ of Latter-Day Saints, for the

24

25

26

OBJECTION TO SUBPOENA DUCES TECUM          1
Rev. 04/01 pp

ATTORNEY GENERAL OF WASHINGTON
900 Fourth Avenue, Suite 2000
Seattle, WA 98164
(206) 464-7744

1 ┃ inspection and production of child protective services records relating to Anne Mitchell

2 ┃ Rinde aka Joyce Ann Pitsor and Robert Paul Rinde aka Robert Larry Leroy Pitsor.

3 ┃       This objection to the subpoena duces tecum is based on the following grounds:

4 ┃       1.       Pursuant to the Child Abuse Prevention and Treatment Act and specifically

5 ┃ 42 USC § 5106a(b) states are required to provide methods to preserve the confidentiality of

6 ┃ all records in order to protect the rights of the child and the child's parents.

7 ┃       2.       Pursuant to 45 CFR § 1340.20 states are required to "hold all information

8 ┃ related to personal facts or circumstances about individuals" involved in child abuse

9 ┃ programs or projects as confidential. Further, 45 CFR § 1340.14(i)(I) states the

10 ┃ unauthorized disclosure of child protective services records is a criminal offense.

11 ┃       3.       Under Title 74 "Public Assistance," RCW 74.04.060 provides for the

12 ┃ confidentiality of DSHS records in general including CPS records and public assistance

13 ┃ records. RCW 74.04.060 requires the confidentiality of DSHS records and states that "for

14 ┃ the protection of applicants and recipients, the department ... (is) prohibited except as

15 ┃ hereinafter provided from disclosing the contents of any records ... except for purposes

16 ┃ directly connected with the administration of the programs of this title". RCW 74.04.060

17 ┃ further states that in any judicial proceeding, except those directly concerned with the

18 ┃ administration of these programs, such records .... and their contents, shall be deemed

19 ┃ privileged communications". In this case the records are being sought in a civil proceeding

20 ┃ which is not directly connected with any program under Title 74.

21 ┃       4.       Mr. Rinde and Mr. Pitsor are considered by the Department to be applicants

22 ┃ and recipients of services provided pursuant to Title 74 and thus under RCW 74.04.060

23 ┃ these CPS records are privileged.

24 ┃       5.       DSHS records are confidential and privileged under RCW 13.50 and can

25 ┃ only be released as provided by that statute. RCW 13.50.100.

26 ┃ OBJECTION TO SUBPOENA DUCES TECUM       2       ATTORNEY GENERAL OF WASHINGTON
Rev. 04/01 pp       900 Fourth Avenue, Suite 2000
Seattle, WA 98164
(206) 464-7744

1        This objection has been filed pursuant to Civil Rule 45(d)(1) and any notices of

2   hearing or motions regarding this subpoena duces tecum are to be sent directly to counsel

3   designated below at the following address:

4                  Office of the Attorney General
               900 Fourth Avenue Suite 2000

5                  Seattle, WA  98164
               (206) 464-7045

6

7        All scheduling of hearings with proper notice are to be coordinated through the

8   undersigned Assistant Attorney General for the Department of Social and Health Services at

    the above-stated address and telephone number.

9        On the basis of the foregoing, the Department of Social and Health Services objects

10

11  to the improper subpoena duces tecum issued by attorneys for The Corporation of the

President of the Church of Jesus Christ of Latter-Day Saints.

12       DATED this 25th day of August, 2006.

13

14                              Presented by:

15                              ROB MCKENNA
                            Attorney General

16

17                              By

18                              HILERY M. KIRCHMEIER
                            Assistant Attorney General

19                              WSBA #30729

20

21

22

23

24

25

26  OBJECTION TO SUBPOENA DUCES TECUM     3     ATTORNEY GENERAL OF WASHINGTON
    Rev. 04/01 pp                              900 Fourth Avenue, Suite 2000
                                              Seattle, WA  98164
                                            (206) 464-7744

FILED

2006 AUG 30   AM 9: 43

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

1
2
3
4
5
6
7

**SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON**

8
ROB RINDE F/K/A ROBERT LARRY LEROY
9
PITSOR, JR
                Plaintiff/Petitioner

Cause #:   06-2-09825-1
          SEA

10
 
Declaration of Service of:

11
VS.
THE CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY
12
SAINTS, A UTAH CORPORATION SOLE, AKA
THE "MORMON CHURCH" THE CHURCH OF
JESUS CHRIST OF LATTER-DAY SAINTS, AN
13
UNICORPORATED ASSOCIATION
                Defendant/Respondent

SUBPOENA DUCES TECUM; LETTER; WITNESS FEE
CHECK; DECLARATION OF CUSTODIAN OF RECORDS;

Hearing Date:   Sep 14 2006

14
15
Declaration:

16
The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United
States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff
17
corporation, not a party to nor interested in the above entitled action, and is competent to be a witness
therein.

18
On the date and time of Aug 23 2006  1:26PM  at the address of 521 WALL ST  SEATTLE, within the
County of KING, State of WASHINGTON, the declarant duly served the above described documents upon
19
RECORDS CUSTODIAN FOR ADMINISTRATIVE CENTER, GROUP HEALTH   by then and there
personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with
20
ELIZABETH DONALDSON, RISK MANAGEMENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

21
22
I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true
and correct.

23
Dated: August 29, 2006 at Seattle, WA

24
25
by _____                    : Service Fee Total: $     46.35
           J. Bradford
26
27
28

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384923

**ORIGINAL**
**PROOF OF SERVICE**

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA   98154
206 467-6477

ge 1 of 1

FILED

2006 AUG 30  AM 9: 43

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

1
2
3
4
5
6
7

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

8

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR<br><br>      Plaintiff/Petitioner | Cause #:   06-2-09825-1<br>                 SEA<br><br>Declaration of Service of: |
| vs.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNICORPORATED ASSOCIATION<br>                          Defendant/Respondent | SUBPOENA DUCES TECUM TO RECORDS CUSTODIAN KING EAST DCFS OFFICE (2); SUBPOENA DUCES TECUM TO RECORDS CUSTODIAN KING WEST DCFS OFFICE; SUBPOENA DUCES TECUM TO RECORDS CUSTODIAN STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES;<br><br>Hearing Date:  Sep 14 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2006 12:00PM at the address of 900 4TH AVE STE 2000 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon ATTORNEY GENERAL OF WASHINGTON  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with NEWELL SMITH, ASSISTANT ATTORNEY GENERAL.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 29, 2006 at Seattle, WA

by _____
                J. Bradford

Service Fee Total: $      46.35

ABC Legal Services, Inc.
206 521-9000
Tracking #: 1763698

**ORIGINAL**
**PROOF OF SERVICE**

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA   98154
206 467-6477

Exhibit ___ Page 262        1 of 1

FILED

2006 AUG 30   AM 9:43

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR<br><br>           Plaintiff/Petitioner | Cause #:   06-2-09825-1<br>          SEA |
| | Declaration of Service of: |
| vs.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNICORPORATED ASSOCIATION;<br>           Defendant/Respondent | SUBPOENA DUCES TECUM; LETTER; WITNESS FEE CHECK; DECLARATION OF CUSTODIAN OF RECORDS;<br><br><br><br><br>Hearing Date:  Sep 14 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 24 2006  1:20PM  at the address of 1959 NE PACIFIC ST  SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR UNIVERSITY OF WASHINGTON MEDICAL CENTER  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with CHRISTINE BECERRA, MEDICAL RECORDS CUSTODIAN.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 29, 2006 at Seattle, WA

by _____
          T. Peterson

Service Fee Total: $     57.05

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384921

**ORIGINAL**
**PROOF OF SERVICE**

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA   98154
206 467-6477

Exhibit____ Page 263          Page 1 of 1

FILED

2006 AUG 30  AM 9: 43

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

**SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON**

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR | Cause #:   06-2-09825-1 |
| Plaintiff/Petitioner | SEA |
| | |
| vs. | Declaration of Service of: |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNICORPORATED ASSOCIATION | SUBPOENA DUCES TECUM; LETTER; WITNESS FEE CHECK; DECLARATION OF CUSTODIAN OF RECORDS; |
| Defendant/Respondent | Hearing Date:   Sep 14 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2006 11:09AM at the address of 516 THIRD AVE SUITE W554 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR OFFICE OF THE KING COUNTY PROSECUTING ATTORNEY  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with DIANA CHERBERG, SECRETARY IN THE OFFICE OF THE KING COUNTY PROSECUTING ATTORNEY.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 29, 2006 at Seattle, WA

by _____          Service Fee Total: $     46.35
                J. Bradford

ABC Legal Services, Inc.                    **ORIGINAL**          Gordon, Murray & Tilden
206 521-9000                                                     1001 4th Ave, #4000
Tracking #: 1763710                         PROOF OF SERVICE     Seattle, WA   98154
                                                                206 467-6477

Exhibit___ Page 264          Page 1 of 1

FILED

2006 AUG 31  PM 12: 36

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

1
2
3
4
5
6
7

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR | Cause #:  06-2-09825-1 |
| Plaintiff/Petitioner | SEA |
| vs. | Declaration of Service of: |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AKA THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNINCORPORATED ASSOCATION, | SUBPOENA DUCES TECUM; LETTER; WITNESS FEE CHECK; DECLARATION OF CUSTODIAN OF RECORDS; |
| Defendant/Respondent | Hearing Date:  Sep 11 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2006  2:50PM  at the address of 1001 BROADWAY SUITE 315 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR OFFICES OF LESLIE H. RAWLINGS, PH.D   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with AMANDA WATNEY, ASSISTANT 27 120# 5'6" C/F BLACK HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 30, 2006 at Seattle, WA

by _____
              T. Peterson

Service Fee Total: $     51.35

ABC Legal Services, Inc.
206 521-9000
Tracking #: 1763707

**ORIGINAL**
**PROOF OF SERVICE**

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477

Exhibit    Page 265    Page 1 of 1

FILED

2006 AUG 31  PM 12: 36

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA.

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

ROB RINDE F/K/A ROBERT LARRY LEROY
PITSOR, JR
                        Plaintiff/Petitioner

vs.

THE CORPORATION OF THE PRESIDENT OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY
SAINTS, A UTAH CORPORATION SOLE, AKA
THE "MORMON CHURCH" THE CHURCH OF
JESUS CHRIST OF LATTER-DAY SAINTS, AN
UNINCORPORATED ASSOCIATION,
                        Defendant/Respondent

Cause #:  06-2-09825-1
          SEA

Declaration of Service of:

SUBPOENA DUCES TECUM; LETTER; WITNESS FEE
CHECK; DECLARATION OF CUSTODIAN OF RECORDS;

Hearing Date:  Sep 14 2006

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2006 3:11PM at the address of 401 BROADWAY SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR HARBORVIEW MEDICAL CENTER by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with ILONA KELLISON BULLARD, RELEASE OF INFORMATION TECHNICIAN 45 160# 5'4" C/F BROWN HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 30, 2006 at Seattle, WA

by _____
        T. Peterson

Service Fee Total: $    74.20

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384922

ORIGINAL
PROOF OF SERVICE

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477

Exhibit ____  Page 266  Page 1 of 1

FILED

2006 SEP -1  AM 10: 09

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR | Cause #:  06-2-09825-1 |
| Plaintiff/Petitioner | SEA |
| vs. | Declaration of Service of: |
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, ET AL., | SUBPOENA DUCES TECUM; LETTER; WITNESS FEE CHECK; DECLARATION OF CUSTODIAN OF RECORDS; |
| Defendant/Respondent | Hearing Date:  Sep 14 2006 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2006 11:02AM at the address of 100 W HARRISON ST  SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon RECORDS CUSTODIAN FOR KING WEST DCFS OFFICE, STATE OF WASH DEPT OF SOCIAL AND HEALTH SERVICES  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with MONIQUE RAMOS, OFFICE STAFF. 40 230# 5'5" C/F BLACK HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 30, 2006 at Seattle, WA

by _____
                T. Peterson

Service Fee Total: $     51.35

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384925

Exhibit ___  Page  267

Page 1 of 1

ORIGINAL
PROOF OF SERVICE

Gordon, Murray & Tilden
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477

FILED

06 SEP 22 PM 5: 14

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA.

The Hon. William L. Downing

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

ROB RINDE f/k/a ROBERT LARRY LEROY
PITSOR, JR.,

         Plaintiff,

         v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, aka the "MORMON CHURCH" THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, an unincorporated association,

         Defendant.

NO. 06-2-09825-1 SEA

NOTICE OF DEPOSITION OF
RECORDS CUSTODIAN FOR
GROUP HEALTH COOPERATIVE

TO:  Cheryl Durand
     Group Health Cooperative

TO:  Plaintiff Robert Rinde f/k/a Robert Larry Leroy Pitsor, Jr.

TO:  Michael T. Pfau and Michelle A. Menely
     Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP

TO:  Timothy D. Kosnoff
     Law Offices of Timothy D. Kosnoff

NOTICE OF DEPOSITION OF RECORDS CUSTODIAN- 1
GROUP HEALTH COOPERATIVE

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit___ Page 268

1    PLEASE TAKE NOTICE that the deposition of the records custodian for Group Health
2
3 Cooperative will be taken upon oral examination at the instance and request of Defendant The
4
5 Corporation of the President of the Church of Jesus Christ of Latter-day Saints ("COP") before a
6
7 notary public or other duly qualified person on **October 2, 2006, at 9:00 a.m.** at the law offices
8
9 of Gordon Murray Tilden LLP, 1001 Fourth Avenue, Suite 4000, Seattle, Washington.
10
11        Cheryl Durand
12        Patient Data Services
13        Eastside Hospital/Group Health Cooperative
14        2700 152nd Ave. N.E., MS EMB-B243
15        Redmond, Washington 98052-5543
16        Telephone:    (425) 883-5585
17
18        Michael T. Pfau and Michelle A. Menely
19        Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
20        600 University, Suite 2100
21        Seattle, WA  98101-4185
22        Telephone:    (206) 676-7500
23
24        Timothy D. Kosnoff
25        Law Offices of Timothy D. Kosnoff
26        600 University Street, Suite 2101
27        Seattle, WA  98101
28        Telephone:    (206) 676-7610
29
30
31    DATED this 22 day of September 2006
32
33                              **GORDON MURRAY TILDEN LLP**
34
35
36
37                              By
38                              Charles C. Gordon, WSBA #1773
39                              Jeffrey I. Tilden, WSBA # 12219
40
41                              Attorneys for Defendant, The Corporation of the
42                              President of the Church of Jesus Christ of Latter-
43                              Day Saints
44
45
46

NOTICE OF DEPOSITION OF RECORDS CUSTODIAN- 2
GROUP HEALTH COOPERATIVE

Exhibit___ Page 269

## DECLARATION OF SERVICE

The undersigned hereby certifies that on the date indicated below, true and correct copies

of the foregoing document were served at the following addresses via the methods indicated:

Cheryl Durand
Patient Data Services
Eastside Hospital/Group Health Cooperative
2700 152nd Ave. N.E., MS EMB-B243
Redmond, Washington 98052-5543
Telephone:    (425) 883-5585
(X) First Class Mail  ( ) Hand Delivery        ( ) Via e-mail

Michael T. Pfau and Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
(X) First Class Mail  ( ) Hand Delivery        ( ) Via e-mail

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2101
Seattle, WA  98101
(X) First Class Mail  ( ) Hand Delivery        ( ) Via e-mail

King County Superior Court
516 Third Avenue Rm E-609
Seattle, WA 98104
( ) First Class Mail  (X) Hand Delivery        ( ) Via e-mail

DATED this ____day of September 2006

_Jessica Bukowski_
Jessica Bukowski

NOTICE OF DEPOSITION OF RECORDS CUSTODIAN- 3
GROUP HEALTH COOPERATIVE

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit___ Page 270.

FILED

06 SEP 22  PM 5: 14

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

The Hon. William L. Downing

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

ROB RINDE f/k/a ROBERT LARRY LEROY
PITSOR, JR.,

          Plaintiff,

     v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, aka the "MORMON CHURCH" THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, an unincorporated association,

          Defendant.

NO.  06-2-09825-1 SEA

SUBPOENA DUCES TECUM,
DIRECTED TO RECORDS
CUSTODIAN FOR GROUP HEALTH
COOPERATIVE

TO:    Cheryl Durand
       Patient Data Services
       Eastside Hospital/Group Health Cooperative
       2700 152nd Ave. N.E., MS EMB-B243
       Redmond, Washington 98052-5543
       Telephone:    (425) 883-5585

     YOU ARE HEREBY COMMANDED to appear at the offices of Gordon Murray Tilden,

LLP, 1001 Fourth Avenue, Suite 4000, Seattle, Washington 98154 on Monday, **October 2, 2006,**

SUBPOENA DUCES TECUM, GROUP HEALTH COOPERATIVE
- 1

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit___ Page 271

at **9:00 a.m.**, or at some otherwise mutually agreed upon place and time, to testify at the taking of a deposition in the above case.

You are further commanded to bring with you and produce at that time the following documents:

1.     Any and all records in your possession relating to Robert Paul Rinde aka Robert Larry Leroy Pitsor, (date of birth: 12/8/69) believed to have received medical treatment as a minor child during the period 1969-1988.  Mr. Rinde/Pitsor's mother is Anne Mitchell Rinde aka Joyce Ann Pitsor.

COUNSEL FOR PLAINTIFF WILL WAIVE APPEARANCE IF COPIES OF THE RECORDS ARE RECEIVED IN ADVANCE OF THE DATE SET OUT ABOVE.

HOW TO COMPLY WITH THE SUBPOENA:

If you have not received a Protective Order barring release of these records by **September 25, 2006**, you may comply with this subpoena by providing complete and legible copies of the documents requested above to the undersigned attorneys.

If you follow such procedure, then please sign and return the attached Declaration of Records Custodian along with the records.

FAILURE TO OBEY THIS SUBPOENA MAY BE DEEMED A CONTEMPT OF THE COURT.

For your information, counsel for Robert Paul Rinde are:

Michael T. Pfau and Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University Street, Suite 2100
Seattle, WA  98101-4185
Telephone:    (206) 676-7500

SUBPOENA DUCES TECUM, GROUP HEALTH COOPERATIVE - 2

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit___ Page 272

```
1    Timothy D. Kosnoff
2    Law Offices of Timothy D. Kosnoff
3    600 University Street, Suite 2101
4    Seattle, WA  98101
5    Telephone:     (206) 676-7610
6
7
8    DATED this  22  day of September, 2006
9
10
11                         GORDON MURRAY TILDEN LLP
12
13
14            By  Charlee  G
15               Charles C. Gordon, WSBA #1773
16               Jeffrey I. Tilden, WSBA #12219
17            Attorneys for Defendant The Corporation of the
18            President of the Church of Jesus Christ of Latter-Day
19            Saints
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
```

SUBPOENA DUCES TECUM, GROUP HEALTH COOPERATIVE
- 3

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

## DECLARATION OF CUSTODIAN OF RECORDS

Re:    Robert Paul Rinde

    I, _____, being the duly authorized Custodian of Records
at:

        Facility:    Eastside Hospital/Group Health Cooperative
        Address:    2700 152nd Ave. N.E., MS EMB-B243
        City:        Redmond, Washington

do declare:

    ( )    That as of the date of this declaration, I have supplied a true copy of all
           records requested by Defendant The Corporation of the President of the
           Church of Jesus Christ of Latter-Day Saints related to the above-mentioned
           matter, which were kept and maintained by this facility in the usual course of
           business.

    ( )    That as of the date of this declaration, no records requested by Defendant The
           Corporation of the President of the Church of Jesus Christ of Latter-Day
           Saints related to the above-mentioned matter are in the possession of this
           facility.

    Pursuant to RCW 9A.72.085, I hereby certify and declare under the penalty of perjury
under the laws of the State of Washington that the foregoing is true and correct.

    Executed this _____ day of _____, 2006, at _____,
Washington.


                       Custodian Signature: _____

[Subpoena Duces Tecum—Group Health Cooperative]

SUBPOENA DUCES TECUM, GROUP HEALTH COOPERATIVE
- 4

Exhibit ___ Page 274

## DECLARATION OF SERVICE

The undersigned hereby certifies that on the date indicated below, true and correct copies of the foregoing document were served at the following addresses via the methods indicated:

Cheryl Durand
Patient Data Services
Eastside Hospital/Group Health Cooperative
2700 152nd Ave. N.E., MS EMB-B243
Redmond, Washington 98052-5543
Telephone:    (425) 883-5585
(X) First Class Mail  ( ) Hand Delivery        ( ) Via e-mail

Michael T. Pfau and Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
(X) First Class Mail  ( ) Hand Delivery        ( ) Via e-mail

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2101
Seattle, WA 98101-4161
(X) First Class Mail  ( ) Hand Delivery        ( ) Via e-mail

King County Superior Court
516 Third Avenue, Rm. E-609
Seattle, WA 98104-2363
( ) First Class Mail  (X) Hand Delivery        ( ) Via e-mail

DATED this ____ day of September 2006

*Jessica Bukowski*
Jessica Bukowski

SUBPOENA DUCES TECUM, GROUP HEALTH COOPERATIVE
- 5

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit____ Page 275

FILED

06 SEP 22  PH 5: 14

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA

1
2
3
4
5
6
7
8
9
10
11                                                              The Hon. William L. Downing
12
13              SUPERIOR COURT OF THE STATE OF WASHINGTON
14                              FOR KING COUNTY
15
16  ROB RINDE f/k/a ROBERT LARRY LEROY
17  PITSOR, JR.,                                    NO.  06-2-09825-1 SEA
18
19                    Plaintiff,                    SUBPOENA DUCES TECUM,
20                                                  DIRECTED TO RECORDS
21          v.                                      CUSTODIAN FOR BILLING
22                                                  DEPARTMENT, GROUP HEALTH
23  THE CORPORATION OF THE PRESIDENT                COOPERATIVE
24  OF THE CHURCH OF JESUS CHRIST OF
25  LATTER-DAY SAINTS, a Utah corporation
26  sole, aka the "MORMON CHURCH" THE
27  CHURCH OF JESUS CHRIST OF LATTER-
28  DAY SAINTS, an unincorporated association,
29
30                    Defendant.
31
32
33  TO:    Records Custodian
34         Billing Department
35         Group Health Cooperative
36         P.O. Box 200
37         Spokane, WA 99210-0200
38
39          YOU ARE HEREBY COMMANDED to appear at the offices of Gordon Murray Tilden,
40
41  LLP, 1001 Fourth Avenue, Suite 4000, Seattle, Washington 98154 on Monday, **October 2, 2006,**
42
43  **at 9:30 a.m.,** or at some otherwise mutually agreed upon place and time, to testify at the taking
44
45  of a deposition in the above case.
46

SUBPOENA DUCES TECUM, GROUP HEALTH BILLING          **GORDON MURRAY TILDEN LLP**
DEPARTMENT - 1                                       1001 Fourth Avenue, Suite 4000
                                                     Seattle, WA  98154-1007
                                                     Phone (206) 467-6477
                                                     Fax (206) 467-6292

Exhibit____ Page_ 276

You are further commanded to bring with you and produce at that time the following documents:

1.    Any and all records in your possession relating to Robert Paul Rinde aka Robert Larry Leroy Pitsor, (date of birth: 12/8/69) believed to have received medical treatment as a minor child during the period 1969-1988. Mr. Rinde/Pitsor's mother is Anne Mitchell Rinde aka Joyce Ann Pitsor.

COUNSEL FOR PLAINTIFF WILL WAIVE APPEARANCE IF COPIES OF THE RECORDS ARE RECEIVED IN ADVANCE OF THE DATE SET OUT ABOVE.

HOW TO COMPLY WITH THE SUBPOENA:

If you have not received a Protective Order barring release of these records by **September 25, 2006,** you may comply with this subpoena by providing complete and legible copies of the documents requested above to the undersigned attorneys.

If you follow such procedure, then please sign and return the attached Declaration of Records Custodian along with the records.

FAILURE TO OBEY THIS SUBPOENA MAY BE DEEMED CONTEMPT OF THE COURT.

For your information, counsel for Robert Paul Rinde are:

Michael T. Pfau and Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
Telephone:    (206) 676-7500

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2101
Seattle, WA 98101-4161
Telephone:    (206) 676-7610

SUBPOENA DUCES TECUM, GROUP HEALTH BILLING
DEPARTMENT - 2

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit    Page: 277

1
2
3   DATED this _____ day of September 2006
4
5
6                    GORDON MURRAY TILDEN LLP
7
8
9      By _____
10              Charles C. Gordon, WSBA #1773
11              Jeffrey I. Tilden, WSBA #12219
12      Attorneys for Defendant The Corporation of the
13      President of the Church of Jesus Christ of Latter-day
14      Saints
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

SUBPOENA DUCES TECUM, GROUP HEALTH BILLING          GORDON MURRAY TILDEN LLP
DEPARTMENT - 3                                      1001 Fourth Avenue, Suite 4000
                                                    Seattle, WA  98154-1007
                                                    Phone (206) 467-6477
                                                    Fax (206) 467-6292

Exhibit____ Page_ 278

1
2          ## DECLARATION OF CUSTODIAN OF RECORDS
3
4    Re:    Robert Paul Rinde
5
6          I, _____, being the duly authorized Custodian of Records
7    at:
8          Facility:    Group Health Cooperative, Billing Department
9          Address:    P.O. Box 200
10         City:        Spokane, Washington
11
12   do declare:
13
14        ( )    That as of the date of this declaration, I have supplied a true copy of all
15               records requested by Defendant The Corporation of the President of the
16               Church of Jesus Christ of Latter-day Saints related to the above-mentioned
17               matter, which were kept and maintained by this facility in the usual course of
18               business.
19
20        ( )    That as of the date of this declaration, no records requested by Defendant The
21               Corporation of the President of the Church of Jesus Christ of Latter-day Saints
22               related to the above-mentioned matter are in the possession of this facility.
23
24        Pursuant to RCW 9A.72.085, I hereby certify and declare under the penalty of perjury
25   under the laws of the State of Washington that the foregoing is true and correct.
26
27        Executed this ____ day of _____, 2006, at _____,
28   Washington.
29
30
31                                  Custodian Signature: _____
32
33   [Subpoena Duces Tecum–Group Health Cooperative Billing Dept.]
34
35
36
37
38
39
40
41
42
43
44
45
46

SUBPOENA DUCES TECUM, GROUP HEALTH BILLING          GORDON MURRAY TILDEN LLP
DEPARTMENT – 4                                       1001 Fourth Avenue, Suite 4000
                                                     Seattle, WA  98154-1007
                                                     Phone (206) 467-6477
                                                     Fax (206) 467-6292

Exhibit____ Page 279

## DECLARATION OF SERVICE

The undersigned hereby certifies that on the date indicated below, true and correct copies
of the foregoing document were served at the following addresses via the methods indicated:

Group Health Cooperative
Billing Department
P.O. Box 200
Spokane, WA 99210-0200
(X) First Class Mail  ( ) Hand Delivery          ( ) Via e-mail

Michael T. Pfau and Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
(X) First Class Mail  ( ) Hand Delivery          ( ) Via e-mail

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University Street, Suite 2101
Seattle, WA 98101-4161
(X) First Class Mail  ( ) Hand Delivery          ( ) Via e-mail

King County Superior Court
516 Third Avenue, Rm. E-609
Seattle, WA 98104-2363
( ) First Class Mail  (X) Hand Delivery          ( ) Via e-mail

DATED this ____ day of September 2006

Jessica Bukowski
Jessica Bukowski

SUBPOENA DUCES TECUM, GROUP HEALTH BILLING
DEPARTMENT - 5

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit____ Page 280

FILED
KING COUNTY, WASHINGTON

OCT 0 2 2006

DEPARTMENT OF
JUDICIAL ADMINISTRATION

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| RINDE FKA | NO.   06-2-09825-1 SEA |
| Plaintiff(s), | COURT'S ORDER TO SHOW CAUSE |
| vs. | (Clerk's Action Required) |
| | SCOMIS CODE: ORTSC |
| CORP OF THE PRES OF THE CHURCH OF LATT | |
| Defendant(s) | Hearing Date:  NOV 0 2 2006 |

This Court, having reviewed the legal file herein, and, determining that certain required filings do not appear of record, or that parties have indicated a problem on the Confirmation of Joinder, enters the following order:

I. ☐ The following parties are to appear in Room E713 at the King County Courthouse, 516 Third Avenue, Seattle, WA on _____ at 2:30 PM to review these issues from the Confirmation of Joinder:

    ☐ Plaintiff / Petitioner
    ☐ Defendant / Respondent
    ☐ Third Party
    ☐ Other _____

II. ☑ The following counsel and/or pro se parties, shall appear in Room E713 at the King County Courthouse, 516 Third Avenue, Seattle, WA at 2:30 PM  on the _____ day of __NOV 0 2 2006__ , 20_____ , shall then and there to show cause as to why monetary sanctions in a sum of at least $250 or other sanctions should not be ordered.

    ☑ **Plaintiff** to appear for failure to prosecute this cause of action by filing a Confirmation of Joinder, a Statement of Arbitrability, or submitting an Order of Dismissal to the Court for entry

  **Or**

    ☐ **The following parties** are to appear as after a review of the legal file upon filing of the Confirmation of Joinder shows that mandatory answers have not been filed and the case is not ready. The following action(s) should have been taken:

        ☐ Plaintiff / Petitioner
        ☐ Defendant / Respondent
        ☐ Third Party
        ☐ Other _____

ORDER TO SHOW CAUSE                    06-2-09825-1 SEA

to have moved for default on the

☐ Claim

☐ Counterclaim

☐ Cross-claim

☐ Other _____

If Paragraph I is checked, the hearing will be stricken upon filing of an amended Confirmation of Joinder or a Statement of Arbitrability when the case is ready, but no later than *seven days* before the scheduled hearing. Failure to file complying document by this deadline will result in **monetary sanctions in a sum of at least $250 or other** sanctions.

If Paragraph II is checked, the hearing on Order to Show Cause will be stricken upon compliance with the deficiencies listed. If the case is resolved and completed, a copy of the disposition order should be sent to the Chief Civil judge. The Show Cause hearing will be stricken.

*If you believe you have received this Order in error because the responsive pleading has already been filed and served pursuant to the Case Scheduling Order, or if you are going to file and serve the necessary responsive pleading after receipt of this Order, you must forward a copy of the pleading requested so that the Court receives it not later than* **seven days prior** *to the date of the hearing.*

**IF EITHER OF THE ABOVE SITUATIONS APPLY TO YOU, YOU MUST PROVIDE A WORKING COPY TO THE CHIEF CIVIL JUDGE VERY CLEARLY NOTING IN THE UPPER RIGHT HAND CORNER.**

"SHOW CAUSE HEARING SET FOR  NOV 0 2 2006

**If there is no response from you seven days prior to the scheduled hearing, the hearing will be held as scheduled and sanctions may be imposed.**

IT IS SO ORDERED THIS _____ day of ____OCT 0 2 2006____ , 20____ .

_____

Judge Dean S. Lum

KING COUNTY SUPERIOR COURT

**(NAMES AND ADDRESSES OF ALL PARTIES)**

GORDON, CHARLES COOPER
1001 4TH AVE STE 4000
SEATTLE, WA  98154-1007

KOSNOFF, TIMOTHY DAVID
600 UNIVERSITY ST STE 2100
SEATTLE, WA  98101-4161

ORDER TO SHOW CAUSE                    06-2-09825-1 SEA

Exhibit___ Page 282

TILDEN, JEFFREY IVER
1001 4TH AVE STE 4000
SEATTLE, WA 98154-1007

1

FILED

2

2006 OCT 25 AM 11: 14

3

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

4

5

6

7

8              SUPERIOR COURT OF THE STATE OF WASHINGTON
                          FOR KING COUNTY
9

10

11
ROB RINDE f/k/a ROBERT LARRY LEROY          NO. 06-2-09825-1 SEA
12  PITSOR, JR.,
                    Plaintiffs,            CONFIRMATION OF JOINDER OF
13                                          PARTIES, CLAIMS AND DEFENSES

14          v.                              ASSIGNED TO THE HONORABLE
                                            WILLIAM L. DOWNING
15  THE CORPORATION OF THE PRESIDENT
    OF THE CHURCH OF JESUS CHRIST OF        (CJ) (Clerk's Action Required)
16  LATTER-DAY SAINTS, a Utah corporation
    sole; and the "MORMON CHURCH" THE
17  CHURCH OF JESUS CHRIST OF LATTER-
    DAY SAINTS, an unincorporated association,
18
19                  Defendants.

20

21

22  I.     ( )    **The parties make the following joint representations:**

23         1.     This case is **NOT** subject to mandatory arbitration.
                  [If it is, this report should not be filed; instead, no later than the deadline for
24                filing this report, a statement of arbitrability should be filed.]
25         2.     No additional parties will be joined.
           3.     All parties have been served or have accepted service.
26         4.     All mandatory pleadings have been filed.
           5.     No additional claims or defenses will be raised.

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS ETC., - 1 of 3
[171465 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**ORIGINAL**

Exhibit___  Page 284

6.    The parties anticipate no problems in meeting the deadlines for disclosing possible witnesses and other, subsequent deadlines in the Case Schedule.

7.    All parties have cooperated in completing this report.

II.    ☒    **The parties do not join in making the foregoing representations, as explained below (if appropriate, check both the box at left and every applicable box below.)**

( )    This case **IS** subject to mandatory arbitration, but not ready yet for the Statement of Arbitrability to be filed.

( )    Plaintiff's will be adding other defendant(s).

(X)    A party remains to be served.

(X)    A mandatory pleading remains to be filed.

( )    An additional claim or defense will be raised.

☒    An additional claim or defense will be raised.

( )    One or more parties anticipate a problem in meeting the deadlines for disclosing possible witnesses or other, subsequent deadlines in the Case Schedule.

( )    A party has refused to cooperate in drafting this report.

( )    Other explanation:

_____
_____
_____

Dated this ⟋8 day of October 2006.

GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP

By _____
Attorneys for Plaintiffs
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By____Timothy D. Kosnoff_____
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiff

---

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS ETC., - 2 of 3
[171465 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 – FACSIMILE (206) 676-7575

Exhibit____Page 285

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GORDON MURRAY TILDEN LLP

By _____ WSBA 17730
      Charles C. Gordon, WSBA No. 21175
      Jeffrey I. Tilden, WSBA No. 12219
      Attorneys for Defendant
      The Corporation of the President of the Church
      of Jesus Christ of Latter-Day Saints

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS ETC., - 3 of 3
[171465 v03.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 • FACSIMILE (206) 676-7575

```
1
```

FILED

2006 OCT 30  AM 10: 38

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

## SUPERIOR COURT, IN AND FOR THE COUNTY OF KING, STATE OF WASHINGTON

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR,<br><br>               Plaintiff/Petitioner | Cause #:   06-2-09825-1<br>           SEA |
| | Declaration of Service of: |
| VS.<br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE, AND THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNINCORPORATED ASSOCIATION,<br>             Defendant/Respondent | AMENDED SUMMONS; AMENDED COMPLAINT; LETTER 08/14/06; ORDER SETTING CIVIL CASE SCHEDULE<br><br><br><br><br><br>Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Oct 22 2006  8:15PM  at the address of 2217 123RD AVE SE  BELLEVUE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon THE "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, AN UNINCORPORATED ASSOCIATION  by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with GORDON CONGER, REGISTERED AGENT W/M 68 5'11" 175# GRAY HAIR.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: October 26, 2006 at Seattle, WA

by _____
      E. Traina   9604327

Service Fee Total: $   66.45

ABC Legal Services, Inc.
206 521-9000
Tracking #: 8023566

    Exhibit    Page 287

**ORIGINAL**
**PROOF OF SERVICE**
Page 1 of 1

Gordon, Thomas (Seattle)
600 University St, #2101
Seattle, WA  98101
206 676-7500

FILED

2005 OCT 30   AM 10: 38

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

1

2

3

4

5

6

7

8

9            SUPERIOR COURT OF THE STATE OF WASHINGTON
                         FOR KING COUNTY

10

11   ROB RINDE f/k/a ROBERT LARRY LEROY        NO. 06-2-09825-1 SEA
     PITSOR,

12                    Plaintiff,                AMENDED SUMMONS

13   vs.

14

15   THE CORPORATION OF THE PRESIDENT
     OF THE CHURCH OF JESUS CHRIST OF
16   LATTER-DAY SAINTS, a Utah corporation
     sole, and the "MORMON CHURCH" THE
17   CHURCH OF JESUS CHRIST OF LATTER-
     DAY SAINTS, an unincorporated association,

18
                     Defendant.
19

20   TO:    DEFENDANTS ABOVE NAMED:

21        A lawsuit has been started against you in the above-entitled court by the above-named

22   Plaintiff. Plaintiff's claims are stated in the written complaint, a copy of which is served upon

23   you with this summons.

24        In order to defend against this lawsuit, you must respond to the complaint by stating

25   your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiff

26

SUMMONS - 1 of 2
[171483 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON, 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit     Page 280

within 20 days after service of this summons if within the State of Washington, or within 60 days after service of this summons if outside of the State of Washington, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where Plaintiffs are entitled to what they ask for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the Plaintiff. Within fourteen (14) days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

Dated this _18th_ day of October 2006.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: _Michelle Menely_
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff
LAW OFFICES OF TIMOTHY D. KOSNOFF
By:_____
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiff

SUMMONS - 2 of 2
[171483 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit____ Page 259

# ORIGINAL COURT MINUTES

PAGE  96

```
** PREPARED **          SHOW CAUSE COMPLIANCE HEARING – SEATTLE
10-04-06□10:51               THURSDAY, NOVEMBER 2, 2006
                        JUDGE DEAN S LUM        COURT CLERK  Renee Janes
                        *90 DAYS PRIOR DATE* AUGUST 4, 2006
```

```
                           06-2-09825-1 SEA
    RINDE, ROB          )            VS  CORPORATION OF THE PRESIDENT OF
                                        THE CHURCH OF JESUS CHRIST OF
    KOSNOFF, TIMOTHY DAVID               GORDON, CHARLES COOPER
                                         TILDEN, JEFFREY IVER    NP

    ORDER TO SHOW CAUSE
```

_____ Case is on track; parties to follow civil case schedule.

___X___ Status conference continued to __1-4-07__ unless before
         __then__ A confirmation of joinder, a statement of arbitrability or a
         dismissal of all claims and parties is filed.

_____ Case transferred to Mandatory Arbitration; Statement of Arbitrability to
         be filed by_____.

_____ Case is dismissed without prejudice.

___V___ Order is signed.

_____ Stricken no appearances.

## SCOMIS CODE:

___X_ STAHRG    _____ HSTKIC    _____ HSTKNA    _____ HCNTU

**FILED**
KING COUNTY, WASHINGTON

NOV 0 2 2006

SUPERIOR COURT CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

RINDE FKA

               Plaintiff / Petitioner

vs.

CORP OF THE PRES OF THE CHURCH OF LATT
               Defendant / Respondent

NO.   06-2-09825-1 SEA

**ORDER ON SHOW CAUSE HEARING**
**(Clerk's Action Required)**

SCOMIS Code: ORSTAC/ORDSM/ORCNT

**I. The Court finds upon initial review that:**

1.1  The parties were not in compliance with the Case Schedule. The Court further finds:
1.2  [✓] The parties appeared for the hearing. ( P's counsel )
1.3  [ ] The parties/_____ failed to appear for the hearing.
1.4  [ ] A Confirmation of Service, showing service on all named parties, has not been filed.
1.5  [ ] The case appears to be subject to mandatory arbitration, but is not yet at issue.
1.6  [ ] Mandatory pleadings having not been filed, the _____ has not moved for default.
1.7  [ ]_____

**II. It is hereby ordered:**

2.1  [ ] This action / _____ is **dismissed** without prejudice.
2.2  [ ] The case is **on track** because it is in substantial compliance with the Case Schedule.
2.3  [ ] The case is fully at issue and subject to **mandatory arbitration.** The Court hereby transfers this case to mandatory arbitration, and a Statement of Arbitrability shall be filed by _____ with payment of $220.
2.4  [ ] The Court further requires that:
_____

2.5  [ ] **Sanctions / Terms** in the amount of $_____ shall be paid by _____
        to the King County Clerk / _____ no later than _____
        for failure to appear as ordered / comply with court rules / _____ .
2.6  [✓] This matter is continued until ____1/4/07____ . Hearing will be stricken if

2.7  **FAILURE TO COMPLY WITH ANY TERMS OF THIS ORDER MAY RESULT IN DISMISSAL OR FURTHER SANCTIONS.**

DATED: ___11/2/06___                  _____

Superior Court Judge Dean S. Lum

rptORSC                                06-2-09825-1 SEA

GORDON, CHARLES COOPER
1001 4TH AVE STE 4000
SEATTLE, WA 98154-1007


KOSNOFF, TIMOTHY DAVID
600 UNIVERSITY ST STE 2100
SEATTLE, WA 98101-4161


TILDEN, JEFFREY IVER
1001 4TH AVE STE 4000
SEATTLE, WA 98154-1007

FILED

2006 DEC -7 PM 3: 46

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE, WA

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

ROB RINDE f/k/a ROBERT LARRY LEROY
PITSOR, JR.,

          Plaintiffs,

     v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole; and the "MORMON CHURCH" THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, an unincorporated association,

          Defendants.

NO. 06-2-09825-1 SEA

CONFIRMATION OF JOINDER OF
PARTIES, CLAIMS AND DEFENSES

ASSIGNED TO THE HONORABLE
WILLIAM L. DOWNING

(CJ) (Clerk's Action Required)

I.    ( )    **The parties make the following joint representations:**

1.    This case is **NOT** subject to mandatory arbitration.
[If it is, this report should not be filed; instead, no later than the deadline for
filing this report, a statement of arbitrability should be filed.]
2.    No additional parties will be joined.
3.    All parties have been served or have accepted service.
4.    All mandatory pleadings have been filed.
5.    No additional claims or defenses will be raised.

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS ETC., - 1 of 3
[Confirmation of Joinder of Parties etc.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**ORIGINAL**

Exhibit____ Page 293

6.  The parties anticipate no problems in meeting the deadlines for disclosing possible witnesses and other, subsequent deadlines in the Case Schedule.

7.  All parties have cooperated in completing this report.

II.  (X)  **The parties do not join in making the foregoing representations, as explained below (if appropriate, check both the box at left and every applicable box below.)**

( )  This case IS subject to mandatory arbitration, but not ready yet for the Statement of Arbitrability to be filed.

( )  Plaintiff's will be adding other defendant(s).

( )  A party remains to be served.

(X)  A mandatory pleading remains to be filed.

( )  An additional claim or defense will be raised.

( )  An additional claim or defense will be raised.

( )  One or more parties anticipate a problem in meeting the deadlines for disclosing possible witnesses or other, subsequent deadlines in the Case Schedule.

( )  A party has refused to cooperate in drafting this report.

(X)  Other explanation:

Defendant Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") is the corporation established by The Church of Jesus Christ of Latter-day Saints to interface with secular society.  COP has reserved February 9, 2007 for hearing a Motion to Dismiss the unincorporated church as COP believes the church has no capacity to sue or be sued, and thus is not a proper party.  If the motion is denied, attorneys for defendant COP will appear and answer on behalf of the unincorporated church.  The parties represent and agree that not having the Answer on behalf of the "Mormon Church" at this time will not affect the parties' ability to meet Case Scheduling Deadlines.

Dated this 6th day of December 2006.

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

By _Michelle Menely_
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS ETC., - 2 of 3
[Confirmation of Joinder of Parties etc.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit___ Page 294

1

2      LAW OFFICES OF TIMOTHY D. KOSNOFF

3      By _Michelle Meneely for_
                Timothy D. Kosnoff, WSBA No. 16586
4               timkosnoff@comcast.net
                Co-Counsel for Plaintiff
5

6

7      GORDON MURRAY TILDEN LLP

8                          .

9      By _Per e-mail authority_
                Charles C. Gordon, WSBA No. 21175
10              Jeffrey I. Tilden, WSBA No. 12219
                Michael Rosenberger, WSBA No. 17730
11              Attorneys for Defendant
                The Corporation of the President of the Church
12              of Jesus Christ of Latter-Day Saints

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CONFIRMATION OF JOINDER OF PARTIES, CLAIMS ETC., - 3 of 3
[Confirmation of Joinder of Parties etc.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 99101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

Exhibit    Page 295

# ORIGINAL COURT MINUTES

PAGE   19

```
** PREPARED **          SHOW CAUSE COMPLIANCE HEARING - SEATTLE
12-06-06□07:25               THURSDAY, JANUARY 4, 2007
                        JUDGE DEAN S LUM          COURT CLERK   Renee Janes
                        *90 DAYS PRIOR DATE* OCTOBER 6, 2006
```

```
                              06-2-09825-1 SEA
        RINDE, ROB                  VS   CORPORATION OF THE PRESIDENT OF
                                         THE CHURCH OF JESUS CHRIST OF
        KOSNOFF, TIMOTHY DAVID           GORDON, CHARLES COOPER
                                         TILDEN, JEFFREY IVER

        ORDER OF CONTINUANCE /SHOW CAUSE
```

_____ Case is on track; parties to follow civil case schedule.

__X__ Status conference continued to __3-1-07__ unless before
_____When___ A confirmation of joinder, a statement of arbitrability or a
dismissal of all claims and parties is filed.

_____ Case transferred to Mandatory Arbitration; Statement of Arbitrability to
be filed by_____.

_____ Case is dismissed without prejudice.

__X__ Order is signed.

_____ Stricken no appearances.

**SCOMIS CODE:**

_____STAHRG ___X_HSTKIC _____HSTKNA _____HCNTU

Exhibit   Page 296

F I L E D

IG COUNTY, WASHINGTO

JAN 09, 2007

SUPERIOR COURT CLERK
RENEE JANES
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

RINDE FKA

Plaintiff / Petitioner

vs.

CORP OF THE PRES OF THE CHURCH OF LATT

Defendant / Respondent

NO.   06-2-09825-1 SEA

ORDER ON SHOW CAUSE HEARING
(Clerk's Action Required)

SCOMIS Code:  ORSTAC/ORDSM/ORCNT

**I. The Court finds upon initial review that:**
1.1   The parties were not in compliance with the Case Schedule.  The Court further finds:
1.2   [ ] The parties appeared for the hearing.
1.3   [ ] The parties/_____ failed to appear for the hearing.
1.4   [ ] A Confirmation of Service, showing service on all named parties, has not been filed.
1.5   [ ] The case appears to be subject to mandatory arbitration, but is not yet at issue.
1.6   [ ] Mandatory pleadings having not been filed, the _____ has not moved for default.
1.7   [X]___ Confirmation of Joinder with first box checked has not been filed _____

**II. It is hereby ordered:**
2.1   [ ] This action / _____ is **dismissed** without prejudice.
2.2   [ ] The case is  **on track**  because it is in substantial compliance with the Case Schedule.
2.3   [ ] The case is fully at issue and subject to  **mandatory arbitration.**  The Court hereby transfers
      this case to mandatory arbitration, and a Statement of Arbitrability shall be filed by
      _____ with payment of $220.
2.4   [ ] The Court further requires that:
      _____
      _____
2.5   [ ] **Sanctions / Terms**  in the amount of $_____ shall be paid by _____
      to the King County Clerk / _____ no later than _____
      for failure to appear as ordered / comply with court rules / _____ .
2.6   [X] This matter is continued until ___3-1-07___ . Hearing will be stricken if

2.7   **FAILURE TO COMPLY WITH ANY TERMS OF THIS ORDER MAY RESULT IN DISMISSAL OR FURTHER SANCTIONS.**

DATED: _1-9-07_          _John P. Erlick_
                    Superior Court Judge Dean S. Lum

                    John P. Erlick
                    06-2-09825-1 SEA

rptORSC

Exhibit___ Page 297

GORDON, CHARLES COOPER
1001 4TH AVE STE 4000
SEATTLE, WA  98154-1007


KOSNOFF, TIMOTHY DAVID
600 UNIVERSITY ST STE 2100
SEATTLE, WA  98101-4161


TILDEN, JEFFREY IVER
1001 4TH AVE STE 4000
SEATTLE, WA  98154-1007

FILED

2007 JAN 11  PM 4: 50

KING COUNTY
SUPERIOR COURT CLERK
SEATTLE. WA.

The Honorable William L. Downing
Hearing Date: February 9, 2007 at 11:15 a.m.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45

SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR KING COUNTY

ROB RINDE f/k/a ROBERT LARRY LEROY
PITSOR, JR.,

               Plaintiff,

     v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole; and the "MORMON CHURCH" THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, an unincorporated association,

               Defendants.

NO.  06-2-09825-1 SEA

CORPORATION OF THE
PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY
SAINTS' MOTION TO DISMISS
AND/OR MOTION FOR SUMMARY
JUDGMENT

## I.    INTRODUCTION

Plaintiff alleges that approximately 25 years ago he was sexually abused by a Scout

Master of the Boy Scouts who was a member of The Church of Jesus Christ of Latter-day Saints

("the Church" or "the LDS Church"). Although the abuser was not a member of the clergy,

Plaintiff alleges that defendants had a duty to prevent such abuse. By this motion, defendant

Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("COP") moves

to dismiss the Church as a party. COP stands in the shoes of the Church and brings this motion

CORPORATION OF THE PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY SAINTS' MOTION TO
DISMISS - 1

ORIGINAL

Exhibit ____ Page 299,

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

on the Church's behalf because, as discussed below, the Church has no capacity to sue, be sued, or participate in litigation.

Defendant COP is a corporation organized nearly 75 years ago as a legal vehicle for the Church's interface and relationship with secular society. COP possesses assets, enters contracts to carry out the business of the Church, hires and pays employees, and has the capacity to file suit and be sued. COP is registered to conduct business in the State of Washington and has identified an agent for service of process. In contrast, the Church exists solely as a spiritual and ecclesiastical entity which possesses no assets or property, does no business in any state, and has no employees. According to Church doctrine, the Church functions as the Kingdom of God on earth. The Church is not incorporated or registered to do business, and has no agent for service of process.

COP moves to dismiss the Church from this suit for two reasons. First, the Church lacks capacity to be sued. Once a religious organization has seen fit to incorporate, it is solely this legal entity that can be sued. The corresponding ecclesiastical, unincorporated church lacks any legal existence. Enforcing this principle would cause no prejudice to plaintiff's liability or damages case. COP concedes it is liable for any negligence of the Church and COP's assets are available to satisfy any judgment. Thus, for example, counsel for the parties tried a similar sexual abuse case in the Western District of Washington just a few months ago, and the sole defendant in that case was COP. COP proposed a jury instruction, which Judge Ricardo S. Martinez gave, that advised the jury that COP "stands in the shoes of the Church."

That is as equally true here as it was there. Because COP stands in the shoes of the Church, the Church has no assets, and any judgment would be paid by COP, the Church is

---

CORPORATION OF THE PRESIDENT OF THE CHURCH OF
JESUS CHRIST OF LATTER-DAY SAINTS' MOTION TO
DISMISS - 2

GORDON MURRAY TILDEN LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007
Phone (206) 467-6477
Fax (206) 467-6292

Exhibit___ Page 300