The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, <br><br> Defendant. | NO. C07-0348 JLR <br><br> NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL <br><br> **(Clerk's Action Requested)** |

## DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

TO:   The Clerk of the Court; and

TO:   The Plaintiff and their Counsel of Record

PLEASE TAKE NOTICE that, effective May 1, 2007, the law firm of GORDON MURRAY TILDEN LLP has changed its name to GORDON TILDEN THOMAS & CORDELL LLP. Accordingly, GORDON TILDEN THOMAS & CORDELL LLP hereby substitutes for GORDON MURRAY TILDEN LLP as counsel for defendant, THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS. Except as

---

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

to the foregoing, there is no change in the address or in the attorneys assigned to handle the matter.

DATED this \_\_7\_\_ day of May, 2007.

**GORDON TILDEN THOMAS & CORDELL** LLP

By /s/ Michael Rosenberger
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
E-mail: cgordon@gordontilden.com
E-mail: jtilden@gordontilden.com
E-mail: mrosenberger@gordontilden.com

Attorneys for Defendant The Corporation of the President of the Church of Jesus Christ of Latter-Day Saints

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
No. C07-0348 JLR

**GORDON TILDEN THOMAS & CORDELL** LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on ___May 14___, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
E-mail: mpfau@gth-law.com
E-mail: mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University, Suite 2101
Seattle, WA 98101
E-mail: timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

_____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
E-mail: cgordon@gordontilden.com
E-mail: jtilden@gordontilden.com
E-mail: mrosenberger@gordontilden.com

Gordon Tilden Thomas Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292