1

2

3

4

07-CV-00348-DECL

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

           MAY 3 0 2007    DB

              AT SEATTLE
       CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                      DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR, JR.,

                    Plaintiff/Petitioner

vs.

CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE,

                    Defendant/Respondent

Cause #:   C07 0348
           JLR

Declaration of Service of:

SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK

Hearing Date:   Jun 20 2007

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of May 24 2007  2:52PM  at the address of 516 3RD AVE RM W-150 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon KING COUNTY SHERIFF'S OFFICE, RECORDS CUSTODIAN   by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with HEIDI GERMANO, RECORDS SPECIALIST.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 29, 2007 at Seattle, WA

by _____  _____
                J. Bradford

Service Fee Total: $ 36.35

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384928

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

Gordon, Tilden, Thomas, Cordell LLP
1001 4th Ave, #4000
Seattle, WA   98154
206 467-6477

Dockets.Justia.com