07-CV-00348-DECL

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

JUN 07 2007  OB

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASH. AT SEATTLE

| | |
|---|---|
| ROB RINDE F/K/A ROBERT LARRY LEROY PITSOR JR.,<br>Plaintiff/Petitioner<br><br>vs.<br><br>CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE,<br>Defendant/Respondent | Cause #:  C07-0348JLR<br><br>Declaration of Service of:<br>SUBPOENA IN A CIVIL CASE; WITNESS FEE CHECK<br><br>Hearing Date:  Jun 20 2007 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Jun 4 2007 12:35PM at the address of 930 TACOMA AVE S RM 239 TACOMA, within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described documents upon PIERCE COUNTY SHERIFF'S OFFICE/RECORDS CUSTODIAN by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JACKIE #E-130 LESA CLERK.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: June 5, 2007 at Tacoma, WA

by _____
   S. Hickey   PCR #14340

Service Fee Total: $ 36.35

ABC Legal Services, Inc.
206 521-9000
Tracking #: 3384931

**ORIGINAL**
**PROOF OF SERVICE**

Gordon, Tilden, Thomas, Cordell LLP
1001 4th Ave, #4000
Seattle, WA  98154
206 467-6477