1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROB RINDE f/k/a ROBERT LARRY LEROY
PITSOR, JR.,

                Plaintiff,

      v.

THE CORPORATION OF THE PRESIDENT
OF THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS, a Utah corporation
sole, aka the "MORMON CHURCH" THE
CHURCH OF JESUS CHRIST OF LATTER-
DAY SAINTS, an unincorporated association,

                Defendant.

NO.  C07-00348 JLR

STIPULATION AND ORDER RE:
EXPERT WITNESS DISCLOSURE

The parties, through their respective counsel of record, hereby stipulate as follows:

1.     Plaintiff will disclose its anticipated expert testimony pursuant to FRCP 26(a)(2) no later than October 8, 2007.

2.     Defendant shall disclose its anticipated expert testimony pursuant FRCP 26(a)(2) as currently scheduled for November 8, 2007.

3.     Except as amended above, the schedule set forth in the Court's May 31, 2007, Minute Order Setting Trial Date and Related Dates remains in full force and effect.

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 1
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

Dockets.Justia.com

DATED this ___ day of June, 2007.

**GORDON TILDEN THOMAS & CORDELL** LLP

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

**LAW OFFICES OF TIMOTHY D. KOSNOFF**

By _____
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff

**GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM** LLP

By _____
Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

DONE this _____ day of _____, 2007.

_____
The Honorable James L. Robart

**Presented by:**

**GORDON TILDEN THOMAS & CORDELL** LLP

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 2
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

**Approved as to form:**

**GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP**

By _Michael T. Pfau_
    Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff


**LAW OFFICES OF TIMOTHY D. KOSNOFF**

By _Timothy D. Kosnoff_
    Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 3
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

**CERTIFICATE OF SERVICE**

I hereby certify that on June 2/ , 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
E-mail: mpfau@gth-law.com
E-mail: mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University, Suite 2101
Seattle, WA 98101
E-mail: timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

Charles C. Gordon, WSBA #1773
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
E-mail: cgordon@gmt.law

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 4
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292