Rinde v. Corporation of the President of the Church of Jesus Christ of Latter-Day Saints    Doc. 15
Case 2:07-cv-00348-JLR    Document 15    Filed 06/25/2007    Page 1 of 4
Case 2:07-cv-00348-JLR    Document 14    Filed 06/21/2007    Page 1 of 4

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUN 25 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00348-ORD

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,

　　　　　Plaintiff,

　　v.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole, aka the "MORMON CHURCH" THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, an unincorporated association,

　　　　　Defendant.

NO. C07-00348 JLR

STIPULATION AND ORDER RE: EXPERT WITNESS DISCLOSURE

　　　　The parties, through their respective counsel of record, hereby stipulate as follows:

　　　　1.　　Plaintiff will disclose its anticipated expert testimony pursuant to FRCP 26(a)(2) no later than October 8, 2007.

　　　　2.　　Defendant shall disclose its anticipated expert testimony pursuant FRCP 26(a)(2) as currently scheduled for November 8, 2007.

　　　　3.　　Except as amended above, the schedule set forth in the Court's May 31, 2007, Minute Order Setting Trial Date and Related Dates remains in full force and effect.

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 1
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

DATED this 20TH day of June, 2007.

| GORDON TILDEN THOMAS & CORDELL LLP | GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP |
|---|---|
| By _____ Charles C. Gordon, WSBA #1773 Jeffrey I. Tilden, WSBA #12219 Michael Rosenberger, WSBA #17730 Attorneys for Defendant | By _____ per phone authority ccg Michael T. Pfau, WSBA #24649 Attorneys for Plaintiff |

LAW OFFICES OF TIMOTHY D. KOSNOFF

By Timothy D. Kosnoff, WSBA #16586  per phone authority ccg
Attorneys for Plaintiff

## ORDER

IT IS SO ORDERED.

DONE this 25th day of June, 2007.

_____
The Honorable James L. Robart

Presented by:

GORDON TILDEN THOMAS & CORDELL LLP

By _____
Charles C. Gordon, WSBA #1773
Jeffrey I. Tilden, WSBA #12219
Michael Rosenberger, WSBA #17730
Attorneys for Defendant

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 2
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

Approved as to form:

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP


By _____/s/ Michael T. Pfau_____  *per phone conversation*
Michael T. Pfau, WSBA #24649
Attorneys for Plaintiff


LAW OFFICES OF TIMOTHY D. KOSNOFF


By _____/s/ Timothy D. Kosnoff_____  *per phone conversation*
Timothy D. Kosnoff, WSBA #16586
Attorneys for Plaintiff

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 3
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292

# CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael T. Pfau
Michelle A. Menely
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP
600 University, Suite 2100
Seattle, WA 98101-4185
E-mail: mpfau@gth-law.com
E-mail: mmenely@gth-law.com
Co-Counsel for Plaintiff Rob Rinde

Timothy D. Kosnoff
Law Offices of Timothy D. Kosnoff
600 University, Suite 2101
Seattle, WA 98101
E-mail: timkosnoff@comcast.net
Co-Counsel for Plaintiff Rob Rinde

*/s/ Charles C. Gordon*
Charles C. Gordon, WSBA #1773
Gordon Tilden Thomas & Cordell LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Telephone: 206-467-6477
Facsimile: 206-467-6292
E-mail: cgordon@gmt.law

STIPULATION AND ORDER RE: EXPERT WITNESS
DISCLOSURE - 4
No. C07-0348 JLR

GORDON TILDEN THOMAS & CORDELL LLP
1325 Fourth Avenue, Suite 1800
Seattle, WA 98101-2510
Phone (206) 467-6477
Fax (206) 467-6292