THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | NO. 2:07-cv-00348 JLR<br><br>MOTION TO WITHDRAW<br>Pursuant to GR2(g)(4)(A)<br><br>**NOTE ON MOTION CALENDAR:**<br>**Friday, July 26, 2007** |

COMES NOW Michael T. Pfau and Michelle A. Menely of Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP and Timothy D. Kosnoff of the Law Offices of Timothy D. Kosnoff, and hereby move this court for permission to withdraw as counsel of record for plaintiff and request that the plaintiff be permitted to continue pursuing this matter *pro se* after the effective date of withdrawal of counsel.

Pursuant to GR2(g)(4)(A) of the Federal Rules of Civil Procedure, an attorney will ordinarily be permitted to withdraw until sixty (60) days before discovery cut-off. Here, discovery cut-off will not occur until January 7, 2008. *See Case Scheduling Order on file*

MOTION TO WITHDRAW - 1 of 3
(2:07-CV-00348 JLR)
[180817 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

*herein.* Consequently, plaintiff's counsel requests that if no objection to this withdrawal is received by the noting date (July 26, 2007) that this Court permit withdrawal of counsel. The plaintiff, opposing counsel and co-counsel have all been provided a copy of this Motion to Withdraw. *See, Subjoined Certificate of Service.*

DATED this/16 day of July, 2007.

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By /s/ Michelle Menely
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By /s/ Timothy D. Kosnoff
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiff

MOTION TO WITHDRAW - 2 of 3
(2:07-CV-00348 JLR)
[180817 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on this ⟨16th⟩ day of July, 2007 I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendant:*
Charles C. Gordon, Esq. (cgordon@gordontilden.com)
Michael Rosenberger, Esq. (mrosenberger@gordontilden.com)
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154-1007

THIS WILL ALSO CERTIFY that on this ⟨16th⟩ day of July, 2007, I mailed, via e-mail and via Overnight Mail (Federal Express) the foregoing MOTION TO WITHDRAW to plaintiff **ROBERT RINDE** at the following addresses:

Via e-Mail (PDF): robrinde@mchsi.com

-- and --

Via Overnight Mail:
**104 East 8th Street**
**Starbuck, MN 56381**

THIS WILL ALSO CERTIFY that on this ⟨16th⟩ day of July, 2007, I mailed, via e-mail (PDF) and via Overnight Mail (Federal Express) the foregoing MOTION TO WITHDRAW to co-counsel as follows:

Mr. John Schulz (jrs@mcgrannshea.com)
Ms. Christy Mennen (clm@mcgrannshea.com)
MCGRANN SHEA ANDERSON CARNIVAL
  STRAUGHN & LAMB
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035

*Michelle A. Menely*
Michelle A. Menely

MOTION TO WITHDRAW - 3 of 3
(2:07-CV-00348 JLR)
[180817 v04.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575