THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,<br><br>Defendant. | NO. 2:07-cv-00348 JLR<br><br>STIPULATION FOR FRCP 41(a) DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS |

Pursuant to FRCP 41(a) plaintiff hereby dismisses his claim against the defendant in this matter. As stipulated to and agreed to between the parties, this dismissal is without prejudice and without costs.

DATED this 24th day of July, 2007.

GORDON TILDEN THOMAS & CORDELL LLP

By: /s/ Charles C. Gordon
Charles C. Gordon, WSBA No. 1773
cgordon@gordontilden.com
Michael Rosenberger, WSBA No. 17730
mrosenberger@gordontilden.com
Attorneys for Defendant

GORDON, THOMAS, HONEYWELL, MALANCA, PETERSON & DAHEIM LLP

By: /s/ Michelle Menely
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

STIP/ORDER OF DISMISSAL WITHOUT PREJUDICE - 1 of 3
(2:07-CV-00348 JLR)
[181215 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

LAW OFFICE OF TIMOTHY D. KOSNOFF

By: *[signature: mm for TDK - 7-24-07 / per Tel. approval]*
Timothy D. Kosnoff, WSBA No. 16586
timkosnoff@comcast.net
Co-Counsel for Plaintiff

### * * * ORDER * * *

Based upon the above stipulation, it is hereby ORDERED that all claims in this action are dismissed without prejudice and without costs.

DONE this ____ day of _____, 2007

_____
The Honorable James L. Robart

**Presented By:**

GORDON, THOMAS HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: *[signature: Michelle Menely]*
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

LAW OFFICES OF TIMOTHY D. KOSNOFF

By: *[signature: 7/24/07 - mm for TDK / per Tel. approval]*
Timothy D. Kosnoff, WSBA No. 16586
Co-Counsel for Plaintiff

STIP/ORDER OF DISMISSAL WITHOUT PREJUDICE - 2 of 3
(2:07-CV-00348 JLR)
[181215 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

**Copy Received; Notice of Presentment Waived By:**

GORDON TILDEN THOMAS & CORDELL LLP

By: _[signature]_
Charles C. Gordon, WSBA No. 1773
cgordon@gordontilden.com
Michael Rosenberger, WSBA No. 17730
mrosenberger@gordontilden.com
Attorneys for Defendant

STIP/ORDER OF DISMISSAL WITHOUT PREJUDICE - 3 of 3
(2:07-CV-00348 JLR)
[181215 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575