___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 27 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

THE HONORABLE JAMES L. ROBART

07-CV-00348-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

ROB RINDE f/k/a ROBERT LARRY LEROY PITSOR, JR.,

　　　　Plaintiff,

vs.

THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole,

　　　　Defendant.

NO. 2:07-cv-00348 JLR

STIPULATION FOR FRCP 41(a) DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS

Pursuant to FRCP 41(a) plaintiff hereby dismisses his claim against the defendant in this matter. As stipulated to and agreed to between the parties, this dismissal is without prejudice and without costs.

DATED this 27th day of July, 2007.

GORDON TILDEN THOMAS & CORDELL LLP

By: _____
Charles C. Gordon, WSBA No. 1773
cgordon@gordontilden.com
Michael Rosenberger, WSBA No. 17730
mrosenberger@gordontilden.com
Attorneys for Defendant

GORDON, THOMAS, HONEYWELL,
MALANCA, PETERSON & DAHEIM LLP

By: _____
Michael T. Pfau, WSBA No. 24649
mpfau@gth-law.com
Michelle A. Menely, WSBA No. 28353
mmenely@gth-law.com
Co-Counsel for Plaintiff

STIP/ORDER OF DISMISSAL WITHOUT PREJUDICE - 1 of 3
(2:07-CV-00348 JLR)
[181215 v2.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  LAW OFFICE OF TIMOTHY D. KOSNOFF

2  *mm for TDK - 2-24-07*
   By: *per T.L. approval*

3  Timothy D. Kosnoff, WSBA No. 16586
   timkosnoff@comcast.net

4  Co-Counsel for Plaintiff

5

6  ***ORDER***

7  Based upon the above stipulation, it is hereby ORDERED that all claims in this action

8  are dismissed without prejudice and without costs.

9  DONE this 26th day of _____July_____, 2007

10

11  _____
    The Honorable James L. Robart

12

13  **Presented By:**

14  GORDON, THOMAS HONEYWELL,
15  MALANCA, PETERSON & DAHEIM LLP

16
    By: _Michelle Menely_
17  Michael T. Pfau, WSBA No. 24649
    mpfau@gth-law.com
18  Michelle A. Menely, WSBA No. 28353
    mmenely@gth-law.com
19  Co-Counsel for Plaintiff

20
    LAW OFFICES OF TIMOTHY D. KOSNOFF
21
    *7/24/07 - mm for TDK*
22  By: *per T.L. approval*

23  Timothy D. Kosnoff, WSBA No. 16586
    *Co-Counsel for Plaintiff*

24

25

26

STIP/ORDER OF DISMISSAL WITHOUT PREJUDICE - 2 of 3
(2:07-CV-00348 JLR)
[181215 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 - FACSIMILE (206) 676-7575

1  Copy Received; Notice of
   Presentment Waived By:
2
3  GORDON TILDEN THOMAS & CORDELL LLP

4
5  By: /s/ Charles C. Gordon
       Charles C. Gordon, WSBA No. 1773
6      cgordon@gordontilden.com
       Michael Rosenberger, WSBA No. 17730
7      mrosenberger@gordontilden.com
       Attorneys for Defendant
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORDER OF DISMISSAL WITHOUT PREJUDICE - 3 of 3
(2:07-CV-00348 JLR)
[181215 v02.doc]

LAW OFFICES
GORDON, THOMAS, HONEYWELL, MALANCA,
PETERSON & DAHEIM LLP
ONE UNION SQUARE
600 UNIVERSITY, SUITE 2100
SEATTLE, WASHINGTON 98101-4185
(206) 676-7500 · FACSIMILE (206) 676-7575